In the United States District Court
Western District Of Arkansas
Fayetteville Division

JOE ALLEN 241058

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

WASHINGTON COUNTY, ARKANSAS ET. AL.
TIM HELDER, SHERIFF
MATT DURRETT, PROSECUTOR
DENNIS DEAN, PROSECUTOR
HUGH SHOWALTER, ATTORNEY 2001061

*(In the space above enter the full name of each Defendant)*

Case No. _____
(To be filled out by Clerk's Office only)

# COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

JOE ALLEN 241058

Name (First, Middle, Last)     Aliases

241058

Prisoner ID #, if any

Washington County Detention Center

Place of Detention or Incarceration

1155 CLYDESDALE DRIVE
Address *(If detained, facility address)*

<u>Washington, Fayetteville</u>     <u>ARKANSAS</u>     <u>72701</u>
County, City                              State             Zip Code

## II. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:     HELDER, TIM
                 Name (Last, First)

                 SHERIFF
                 Current Job Title

                 1155 CLYDESDALE DRIVE
                 Current Work Address

                 <u>Washington, Fayetteville</u>   <u>ARKANSAS</u>   <u>72701</u>
                 County, City                       State            Zip Code

**Defendant 2:** DURRETT, MATT
Name (Last, First)

PROSECUTOR
Current Job Title

280 NORTH COLLEGE, SUITE 301
Current Work Address

Washington, Fayetteville   ARKANSAS   72701
County, City                State        Zip Code

**Defendant 3:** DEAN, DENNIS
Name (Last, First)

PROSECUTOR
Current Job Title

280 NORTH COLLEGE, SUITE 301
Current Work Address

Washington, Fayetteville   ARKANSAS   72701
County, City                State        Zip Code

**Defendant 4:** SHOWALTER, HUGH # 2001061
Name (Last, First)

ATTORNEY
Current Job Title

422 WEST WALNUT STREET
Current Work Address

Benton, Rogers   ARKANSAS   72701
County, City      State      Zip Code

## IV.   STATEMENT OF CLAIMS

*State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. List each claim separately (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. You may attach no more than one additional sheet for each claim.*

**Claim Number 1:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: Beginning on 28 FEB 2020 continuing through present

Name of Each Defendant Involved:

TIM HELDER, SHERIFF
MATT DURRETT, PROSECUTOR
DENNIS DEAN, PROSECUTOR

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

The civil rights billed by the 1ST, 5TH, 6TH, and 8TH Ammendments and garanteed by the 14TH Ammendment have been denied and the violations of 18 U.S.C. § 241 and 18 U.S.C. § 242 against civil rights under color of law.

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] The Washington County Sheriff's Office during the administration of Sheriff Tim Helder in cooperation with the Office of the Prosecuting Attorney for the Circuit Court of Washington County, Arkansas, Fourth Judicial District, Division Six, during the administration of Matt Durrett, through the practice of Dennis Dean, have kept the plaintiff in custody for two years of wrongful imprisonment

| | |
|---|---|
| Who did what? | without due process of law, without a fair, speedy, public trial by jury, and under excessive high bonds, having full knowledge that the warrants are not valid, the defendants have continued to deny the civil rights to habeas corpus in Nos.: 72CR-19-485, 72CR-19-2781, 72CR-19-2794, 72CR-19-3018, and 72CR-19-3392 |
| How were you injured? | in violation of 18 U.S.C. § 241 and 18 U.S.C. § 242 against the civil rights of the plaintiff under color of law. The defendants have denied liberty and property to the plaintiff by two years of wrongful imprisonment and denial of petitions for writ of habeas corpus and motions for dismissal on grounds of the Arkansas Rules of Criminal Procedure 28.1(b)(c) through prosecutorial misconduct. (See attached notarized documents) |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

The unusual MODUS OPERANDI at pages 54-55 of the Washington County Detention Center Policy Manual, D9.1, SECTION 6-1002, PROCEDURE: Balancing, Removal of Rights, and the unusual practice of the Office of the Prosecuting Attorney for the Circuit Court of Washington County to continue pretrial detention for two years and deny petitions for writ of habeas corpus by negligent practice.

**Claim Number 2:**

Place(s) of occurrence:   Washington County Detention Center

Date(s) of occurrence: Beginning 28 FEB. 2020 continuing through present.

Name of Each Defendant Involved:

TIM HELDER, SHERIFF
MATT DURRETT, PROSECUTOR
DENNIS DEAN, PROSECUTOR

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

The civil rights billed by the 1ST, 5TH, 6TH, and 8TH Ammendments and garanteed by the 14TH Ammendment have been denied and the violations of 18 U.S.C. § 241 and 18 U.S.C. § 242 against civil rights under color of law.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: The Washington County Sheriff's Office during the administration of Sheriff Tim Helder in cooperation with the Office of the Prosecuting Attorney for the Circuit Court of Washington County, Arkansas, Fourth Judicial District, Division Six during the administration of Matt Durrett by the invalid warrants and misconduct of Dennis Dean through the unconstitutional and unusual MODUS OPERANDI of the defendants in which the officers and officials have used the request and grievance system to deny and violate the civil rights to due process of law, to personal property and papers against unreasonable seizure (specificly Legal mail), and the right to a fair, speedy, public trial by jury as evidenced by grievances filed on 7-16-2021 at 5:36:49 AM and denied by Sergeant Alan Lunsford on 7-17-2021 at 9:55:49 PM regarding legal U.S. mail that was siezed by Deputy Raimes, thus, the request and grievance system is arbitrary and being used against the plaintiff by the defendants to deny civil rights to fair, speedy, public trial by jury.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

The unusual MODUS OPERANDI at pages 79-80 of the Washington County Detention Center Policy Manual: DII.5, DII.6, Requests, Grievances; electronic system being used to deny the civil rights to due process of law and being used by the Office of the Prosecuting Attorney for the Circuit Court of Washington County as the electronic video court law practice to deny civil rights to fair, speedy, public trial by jury.

**Claim Number 3:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: Beginning 28 FEB 2020, continuing through present

Name of Each Defendant Involved:

TIM HELDER, SHERIFF
MATT DURRETT, PROSECUTOR
DENNIS DEAN, PROSECUTOR
HUGH BROCK SHOWALTER, ATTORNEY #2001061.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

The civil rights billed by the 1ST, 5TH, 6TH, and 8TH Ammendments and garanteed by the 14TH Ammendment to the U.S. Constitution have been denied and violations of 18 U.S.C. § 241 and 18 U.S.C. § 242 against civil rights under color of law.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**FACTS:** [What happened to you? / Who did what? / How were you injured?]

The Washington County Sheriff's Office during the administration of Sheriff Tim Helder in cooperation with the Office of the Prosecuting Attorney for the Circuit Court of Washington County, Arkansas, Fourth Judicial District, Division Six during the administration of Matt Durrett for two years of wrongful imprisonment in the custody of the defendants on warrants that are not valid by the malpractice and misconduct of Dennis Dean in cooperation with Hugh Brock Showalter, Attorney #2001061 through negligent malpractice and misconduct have denied the civil rights to petition for habeas corpus, to due process of law, to a fair, speedy, public trial by jury, against cruel and unusual punishment by Coercion, Ark. Code Ann. § 5-13-208 and Conspiracy against civil rights under color of law in violation of 18 U.S.C. § 241 and 18 U.S.C. § 242 for failure to carry out their duty with due diligence as Officers, Officials, and Attorneys at law.       (See attached notarized forensic documents)

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

***If you are asserting an official capacity claim**, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

The electronic video court law practice being used to deny the civil rights to a fair, speedy, public trial by jury through negligent malpractice and cruel and unusual customs of electronic

video court communication system being used against civil rights under color of law to commit Coercion A.C.A. § 5-13-208 in violation of 18 U.S.C. § 241 and 18 U.S.C. § 242.

### V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Proceed to a trial by jury as according to the Seventh Ammendment to the Constitution of the United States of America.

Order that the Plaintiff be mandatorily released from custody and compensated PER DIEM in U.S. currency with money from the proceeds of trial by jury.

EXEMPLIS GRATIA: 42 U.S.C. § 1313(d) "increases aggregate payments" SEC. 2. "Repatriation assistance for Americans affected by Coronavirus" § 1306 U.S.C. 42, SEC. 2.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many? _____ONE_____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?   ☑ Yes   ☐ No

If yes, how many? _____ONE_____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF ARKANSAS
NO. 5:21-CV-05098
This claim should be preserved on grounds of plain error to the best of the plaintiff's knowledge as according to 28 U.S.C. § 51(d)(1)(A), or otherwise stayed or attached as related to this claim appropriately.

_____
_____
_____
_____
_____
_____
_____
_____

### VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

   9 JAN 2022                                  /s/ Joe Allen   ALLEN 241058
Dated                                          Plaintiff's Signature

            JOE M. ALLEN
Printed Name (First, MI, Last)

            241058
Prison Identification #, if any.

1155 CLYDESDALE DRIVE    FAYETTEVILLE    ARKANSAS    72701
Prison Address                    City              State      Zip Code


Prepared by:
OCONNOR 91838;
PRO PER: ALLEN 241058

JOE ALLEN 241058
1555 TYPE BOYLE DRIVE
FAYETTEVILLE, AR 72701

Received WD/AR
JAN 27 2022
U.S. Clerk's Office

LEGAL MAIL

WCSO MAIL

JAMIE GIANI, DEPUTY CLERK OF THE COURT
OFFICE OF THE CLERK OF THE COURT FOR THE
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS, FAYETTEVILLE DIVISION
35 EAST MOUNTAIN, ROOM 510
FAYETTEVILLE, AR 72701


FOREVER / USA